FILED

2008 JUL 30 AM 9:38

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY __________ DEPUTY

'08 MJ 23 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Mag. Case Number: __________ |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| SAUCEDO, Victorio Defendant, | ) | Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance |

The undersigned complaint being duly sworn states:

On or about July 29, 2008, within the Southern District of California, Victorio SAUCEDO, did knowingly and intentionally import approximately 30.90 kilograms of marijuana, a schedule I narcotic into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Pamela Hennings [signature]
SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF July, 2008.

[signature]
MAGISTRATE JUDGE

M56

**Defendant:** Victorio SAUCEDO

**Statement of Facts**

At approximately 2:00: a.m. on July 29, 2008, at the Otay Mesa POE, CBP Officer R. Renner was conducting inspections on primary lane # 3 when he encountered a black 1996 Jeep Cherokee bearing California license plate 4LOX623. In response to Officer Renner's questions, the driver and sole occupant of the vehicle identified himself as Victorio SAUCEDO by presenting an American passport. Additionally, SAUCEDO stated he had owned the Jeep. SAUCEDO further stated he was not bringing anything back from Mexico, lived in Hemet, CA, and he had been in Mexico visiting family. Officer Renner tapped on the tires of the Jeep and discovered they were unusually solid. For officer's safety, Officer Renner requested assistance and placed SAUCEDO in handcuffs before escorting SAUCEDO and the Jeep Cherokee to the secondary inspection area.

CBP Canine Enforcement Officer R. Beyke utilized her human and narcotics detector dog to screen the vehicle for the odor of narcotics. Officer Beyke reported her dog alerted to the odor of narcotics emanating from the right rear tire. A search conducted in the secondary inspection area revealed twenty-two (22) packages concealed in all four tires of the Jeep for a total weight of approximately 30.90 kg. (68.29 lbs.) of marijuana. CBP Officer Olague probed one of the packages and a sample of which field-tested positive for marijuana.

California DMV paperwork found in the Jeep and computerized records reveal the Jeep (CA/4LOX623) SAUCEDO was driving is registered to SAUCEDO at the Hemet, CA, address SAUCEDO gave as his residence.

On July 29, 2008, at approximately 6:10a.m., ICE Special Agents Pamela Herrington and Christian Alva, obtained biographical information from SAUCEDO during which he stated he had last worked in May 2008. In the presence of said agents, SAUCEDO was advised of his Miranda rights in English. SAUCEDO was arrested and booked into the Metropolitan Correctional Center, San Diego, CA, for violating Title 21 section 952 and 960 of the United States Code.